IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **WEITAO CHEN,**<br><br>    Plaintiff,<br><br>vs.<br><br>**AMAZON.COM, INC.,**<br><br>    Defendant. | Case Number: 2:23-cv-05324<br><br>**INDEX OF EXHIBITS TO PLAINTIFF'S**<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

### INDEX OF EXHIBITS

| | |
|---|---|
| Chen Decl. Ex A | Clear Disciplinary History at USPTO |
| Chen Decl. Ex B | Certificate of Good Standing and Clear Disciplinary History of at New York Bar |
| Chen Decl. Ex C | Amazon Rejection Email |
| Chen Decl. Ex D | March 24 and 28 2023 Letters to Amazon |
| Chen Decl. Ex E | Emails with Ms. Ambika Kumar |
| Chen Decl. Ex F | Stipulation and Order for Dismissal with Prejudice |
| Wang Decl. Ex. A | Amazon Rejection Emails |
| Wang Decl. Ex. B | March 24 and 28 2023 Letters to Amazon |
| Wang Decl. Ex. C | Emails with Mr. Brad M. Behar |
| Wang Decl. Ex. D | Last Email to Mr. Brad M. Behar |